# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Emilio Arevalo-Aguilar

CRIMINAL COMPLAINT
CASE: 18-35449MP
Citizenship: MEXICO

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about October 22, 2018, at or near Nogales, Arizona, in the District of Arizona, Emilio AREVALO-Aguilar, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about October 22, 2018, agents found Emilio AREVALO-Aguilar in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Emilio AREVALO-Aguilar admitted to illegally entering the United States of America from Mexico on or about October 22, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 10/23/2018

at Tucson, Arizona

Trevor McDonald, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 10/23/2018

**Leslie A. Bowman**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 18-35449MP

vs.

Emilio Arevalo-Aguilar

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Emilio Arevalo-Aguilar, was represented by counsel, Richard Bacal (CJA).

The defendant pled guilty to the Complaint on 10/23/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 10/22/2018 |

As pronounced on 10/23/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Tuesday, October 23, 2018.

*Leslie A. Bowman*

Leslie A. Bowman
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **JUDGE'S MINUTES** |

Date: 10/23/2018          Case Number: 18-35449MP

USA vs. **Emilio Arevalo-Aguilar**
Magistrate Judge: LESLIE A. BOWMAN     Judge AO Code: 70BX
ASSIGNED U.S. Attorney: Cassidy James
INTERPRETER REQ'D: Lucinda Bush, Spanish
Attorney for Defendant: Richard Bacal (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **10/22/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     Richard Bacal (CJA) is appointed as attorney of record for defendant.

            Recorded by Courtsmart   COP: 1
            BY: Armida Butler        Sent: 0
                Deputy Clerk         IA: 0
                Start: 01:30 pm Stop: 02:50 pm